**Benjamin Eyre, appellee, v. George Worrick, appellant.**

Action for injuries to hand caught in ensilage cutter. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Frank Gillespie and William R. Bach, for appellant. Livingston & Whitmore, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**William L. Jordan, appellee, v. John M. Griffith, appellant.**

Action on the case for malicious prosecution. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1919. Reversed with finding of facts. Opinion filed April 27, 1920.

A. B. Dennis, for appellant. O. M. Jones and A. A. Johnson, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

**John Hall, appellant, v. M. Feuer and John Speigel, trading as Feuer & Speigel, appellees.**

Action to recover cost of empty soda water bottles and cases for same. Judgment for defendants. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

L. E. Stone, for appellant. John G. Friedmeyer, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

---

**Kespohl-Mohrenstecher Company, appellee, v. W. E. Williamson, appellant.**

Action by tenant for damages to stock of dry goods by water from radiator. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed April 27, 1920.

Lawrence E. Emmons and John E. Wall, for appellant. Rolland M. Wagner and S. A. Hubbard, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.